**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ROBERT LEE PERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-240-J |
| | ) | |
| YUBA COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff, a California pretrial detainee appearing pro se, initiated this civil rights action on February 24, 2025.  [Doc. No. 1].  The matter was referred for initial proceedings to United States Magistrate Judge Chris M. Stephens consistent with 28 U.S.C. § 636.  [Doc. No. 3].

On February 28, 2025, Judge Stephens issued a Report and Recommendation recommending the dismissal of this action without prejudice for lack of personal jurisdiction and improper venue.  [Doc. No. 5].  While Judge Stephens advised Plaintiff of his right to object to the Report and Recommendation by March 21, 2025, he submitted no objection.   Plaintiff has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation.  *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 5] and DISMISSES Plaintiff's action without prejudice.  A separate judgment will follow.

IT IS SO ORDERED this 31st day of March, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE